THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY MEADOWS, Appellant.— In *coram nobis* proceedings, defendant appeals from two orders of the County Court, Suffolk County, dated, respectively, November 30, 1961 and January 23, 1962, which denied, without a hearing, his applications to vacate a judgment of said court, rendered October 7, 1958 after a jury trial, convicting him of robbery in the first degree (three counts), assault in the first degree and petit larceny, and imposing sentence. Orders affirmed. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID READE, Appellant.— Appeal by defendant from a judgment (described in the notice of appeal as a "final sentence") of the County Court, Richmond County, rendered January 22, 1960 after a jury trial, convicting him of arson in the first degree, and sentencing him as a first felony offender to a term of 20 to 40 years. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE SCARPA and RALPH SPERO, Appellants.— Appeal by each defendant from a judgment of the County Court, Kings County, rendered June 12, 1961 after a jury trial, convicting him of robbery in the first degree, grand larceny in the first degree, assault in the second degree, and kidnapping; and imposing sentence upon the defendant Scarpa as a second felony offender and upon the defendant Spero as a first offender. Judgment as to both defendants affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AL SOMERS, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered February 9, 1962 after a jury trial, convicting him of assault in the third degree and suspending sentence. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD SUGARMAN, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, rendered February 9, 1961 after trial, convicting him of unlawful possession of narcotic drugs as a misdemeanor, and sentencing him to serve a term of 60 days in the New York City Workhouse, with credit for time already served. Defendant has been released under bail on a certificate of reasonable doubt. Judgment modified on the facts by reducing the sentence to the time already served. As so modified, judgment affirmed, defendant discharged and bail exonerated. In our opinion, under all the circumstances, the sentence was excessive; in the interests of justice it should be reduced to the time already served by the defendant. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.